# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| HAROLD BROWN,<br><br>                 Plaintiff,<br><br>v.<br><br>CATERPILLAR, INC., et al.,<br><br>                 Defendants. | Civil Action No.: 2:15-cv-02687-WHW-CLW<br><br>Return Date: June 15, 2015<br><br>**NOTICE OF MOTION TO REMAND THIS ACTION BACK TO THE SUPERIOR COURT OF NEW JERSEY, MIDDLESEX COUNTY** |

To:   Clerk, U.S. District Court of NJ          All counsel
      Martin Luther King Building
      & U.S. Courthouse
      50 Walnut Street
      Newark, NJ 07101

Sir or Madam:

*PLEASE TAKE NOTICE* that, on June 15, 2015, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorney for Plaintiff shall move before the United States District Court for District of New Jersey for an Order remanding this matter back to the Superior Court of New Jersey, Middlesex County.

*PLEASE TAKE FURTHER NOTICE* that the undersigned will rely upon the attached Brief, and Declaration of Leah Kagan, Esq. Oral argument is not

1644885.1                                          -1-

requested unless opposition is filed.  A proposed form of Order is attached.

> _s/ Robert E. Lytle_____
> Robert E. Lytle, Esq.
> Szaferman, Lakind
> Blumstein & Blader, P.C.
> 101 Grovers Mill Road, Suite 200
> Lawrenceville, NJ 08648
> (609) 275-0400
>
> Levy Konigsberg, LLP
> 101 Grovers Mill Road, Suite 200
> Lawrenceville, NJ 08648
> (609) 275-0400
> Attorneys for Plaintiff

Dated: May 14, 2015

1644885.1

-2-