# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAROLD BROWN,<br><br>　　　　　Plaintiff, ,<br><br>v.<br><br>CATERPILLAR, INC., et al.,<br><br>　　　　　Defendants. | Civil Action No.: 2:15-cv-02687-WHW-CLW<br><br>Return Date:  June 15, 2015<br><br>**ORDER** |

This matter having been opened to the Court on Motion by Szaferman, Lakind, Blumstein & Blader, P.C., Robert E. Lytle, Esquire, appearing as attorney for Plaintiff, Harold Brown, for an Order remanding this matter back to the Superior Court of New Jersey, Middlesex County, and the Court having considered the arguments of counsel in support and opposition of the motion, as well as the arguments of counsel; and for other good cause shown;

*IT IS* on this ＿ day of ＿＿＿＿＿＿, 2015;

*ORDERED* that this matter be and hereby is remanded back to the Superior Court of New Jersey, Middlesex County;  and

*IT IS FURTHER ORDERED* that a copy of this Order shall be served upon all parties within 7 days of receipt by counsel for Plaintiffs.

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
Hon.  William H.  Walls, U.S.D.J.

OPPOSED ＿＿＿＿＿＿
UNOPPOSED ＿＿＿＿＿

516420.1