Szaferman, Lakind,
  Blumstein & Blader, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, N.J. 08648
(609) 275-0400

Levy, Konigsberg, LLP
101 Grovers Mill Road, Suite 200
Lawrenceville, N.J. 08648
(609) 720-0400

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAROLD BROWN,<br><br>              Plaintiff,<br><br>v.<br><br>CATERPILLAR, INC., et al.,<br><br>              Defendants. | Civil Action No.: 2:15-cv-02687-WHW-CLW<br><br>Return Date:  June 15, 2015<br><br>**CERTIFICATE OF SERVICE** |

Maria C. Masiello, being of full age, hereby certifies:

1.      I am a paralegal for the law firm of Szaferman, Lakind, Blumstein & Blader, P.C., co-counsel for Plaintiffs in the above-captioned matter.

2.      On May 14, 2015, at the direction of Robert E. Lytle, I electronically filed a Notice of Motion to Remand this action back to the Superior Court of New Jersey, Middlesex County, together with proposed order, supporting Brief,

516420.1                                   1

Declaration of Leah Kagan, with exhibits, and this certificate of service.

3.      All counsel for Defendants who have appeared in this matter are listed on the CM/ECF website as receiving a copy of all electronic filings and has thus been served on May 14, 2015, contemporaneous with filing of the documents listed in number 2 above.

4.      Also on May 14, 2015, I arranged for delivery via Email and Federal Express of one copy of the documents listed in paragraph number two above to all attorneys not receiving electronic notice of this filing.

I certify that the foregoing statements are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/Maria Masiello/
Maria Masiello

Dated: May 14, 2015

516420.1                                          2